```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOHN L. PETERTEC-TOLINO,                                    :
                                                            :
                        Plaintiff,                          :
                                                            :
        -against-                                           :         ORDER
                                                            :
COMMERCIAL ELEC. CONTRACTORS, ET AL.,                       :     08 Civ. 891 (RMB)(KNF)
                                                            :
                        Defendants.                         :
------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/22/09

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the telephonic conference scheduled previously for January 18, 2010, at 10:30 a.m., will be held on January 19, 2010, at 2:00 p.m. The telephonic conference shall be initiated by counsel to the defendants to (212) 805-6705.

Dated: New York, New York
       October 22, 2009

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:
John L. Peterec-Tolino
Parisis G. Filippatos, Esq.