UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOHN L. PETEREC-TOLINO,                    :

        Plaintiff,

                                 :

        -against-
                                 :            ORDER

COMMERCIAL ELEC. CONTRACTORS, INC.,        08 Civ. 891 (RMB)(KNF)

                                 :

        Defendant.
-------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        IT IS HEREBY ORDERED that a telephonic conference will be held in the above-

captioned matter on January 4, 2010, at 2:00 p.m. The telephonic conference shall be initiated

by counsel to the defendant to (212) 805-6705.

Dated: New York, New York          SO ORDERED:
       December 17, 2009

                            KEVIN NATHANIEL FOX
                            UNITED STATES MAGISTRATE JUDGE

Copy mailed to:
John L. Peterec-Tolino
Parisis G. Filippatos, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/09